JaVonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq. SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Wells Fargo Bank, NA, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: § | Case Number: 11-48515 J | |
| **Marites Tolentino** § | | |
| § | Chapter: 13 | |
| § | | |
| Debtor § | | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents Wells Fargo Bank, NA, its assignees and/or successors, in the above referenced bankruptcy case:

    **McCarthy & Holthus, LLP**
    1770 Fourth Avenue
    San Diego, CA 92101
    (877) 369-6122

Dated: 8/15/2011                    McCarthy & Holthus, LLP

                                        By: /s/ Joseph Chun, Esq.
                                             Joseph Chun, Esq.,
                                             Attorney for Wells Fargo Bank, NA, its
                                             assignees and/or successors