**ROUTH CRABTREE OLSEN, PS**
EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
BRETT P. RYAN, ESQUIRE, #200563
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-277-4937 / Fax (714) 277-4899
RCO# 7021.48731
Attorney for Creditor
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Marites Tolentino

　　　　　　　　Debtor.

No. 11-48515-EDJ

Chapter 13

REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

　　Jonathan J Damen
　　Routh Crabtree Olsen, PS
　　1241 E. Dyer Road
　　Suite 250
　　Santa Ana, CA 92705
　　PH 714-277-4937

Dated: 8/23/11

　　　　　　　　　　　　　　　　　　　Routh Crabtree Olsen, PS

　　　　　　　　　　　　　　　　　　　By: /s/ Jonathan J Damen
　　　　　　　　　　　　　　　　　　　　　Attorneys for Creditor

# PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Marites Tolentino
20 Dalton Court
Pacheco, CA 94553

**ELECTRONIC SERVICE:**

Patrick L. Forte
plforte@sonic.net

Martha G. Bronitsky
13trustee@oak13.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Service was made on August 29, 2011 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Holly Lucas